J. WARREN VREELAND, respondent,

*v.*

WALLACE N. VREELAND et al., appellants.

[Filed November 14th, 1904.]

On appeal from a decree advised by Vice-Chancellor Stevenson, whose opinion is reported in *20 Dick. Ch. Rep. 668.*

*Mr. John Griffin,* for the appellants.

*Mr. James A. Gordon,* for the respondent.

PER CURIAM.

We agree with the opinion of Vice-Chancellor Stevenson in this case to the effect that the memorandum, dated December 28th, 1893, amounted to an agreement between the testator and his two sons; that, in dividing his estate at his death, the advancement of land then made to each of them should be treated as the advancement of money—so many dollars; that this agreement is one of the circumstances in the light of which the testator's will should be interpreted, and that in this light the reference in the will to "sums of money advanced" appears to have been intended to include those advances of land.

The decree below should be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—11.

*For reversal*—None.